UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES MAGISTRATE JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-4560

(410) 962-3630 FAX

December 29, 1999

RE: International Marine Services, Inc. v. SV Tortilla Flat, et al. WMN-98-1836

**MEMORANDUM FOR COUNSEL**

Dear Counsel:

The parties in the above captioned case have reached a settlement. Accordingly, the January 13, 1999, hearing, scheduled to address the discovery abuses in this case, is no longer needed. The hearing is canceled and the parties do not have to contact my chambers upon receipt of my December 22, 1999, order.

Although informal, this is an order of the Court to be docketed accordingly.

Paul W. Grimm
United States Magistrate Judge

cc: Court File
    Honorable William M. Nickerson