```
                IN THE UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
INTERNATIONAL -
     MARINE SERVICES              :
         v.                       :     CIVIL NO. WMN-98-1836
SV TORTILLA FLAT, et al.          :
```

**O R D E R**

IT is this    th day of February, 2000 ORDERED:

1. Plaintiff's Motion for immediate sanctions for Defendants Ronn and Dolores Redfearn's failure to comply with court order (Paper No. 42) is DENIED AS MOOT;

2. The Clerk of the Court is to mail copies of this Order to counsel of record.

                              _____
                              PAUL W. GRIMM,  2/22/00
                              U. S. MAGISTRATE JUDGE

