LAW OFFICES
# SHAUGHNESSY, VOLZER & GAGNER, P.C.
1155 FIFTEENTH STREET, N.W.
SUITE 502
WASHINGTON, D. C. 20005

PHILIP A. GAGNER
BRIAN W. SHAUGHNESSY
HARVEY J. VOLZER

(202) 371-2281
FAX (202) 371-9046

RECEIVED APR 11 2000

JUDGE WILLIAM M. NICKERSON

FILED ____ ENTERED
LODGED ____ RECEIVED

APR 12 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____

April 10, 2000

District Judge William M. Nickerson
United States District Courthouse
    for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re: <u>International Marine Services, Inc. v. SV Tortilla Flat, Ronn Redfearn and Delores Redfearn, Civil Action No. WMN-98-1836</u>

Dear Judge Nickerson:

On July 2, 1998, my client Ronn Redfearn paid $11,000.00 for a bond to obtain release of his boat, the Tortilla Flat, in Civil Action No. WMN-98-1836. The case has been dismissed as settled.

We request that his bond be released and his deposit returned with accrued interest and that the registry fees be removed. Thank you for your consideration of this matter.

Very truly yours,

Brian W. Shaughnessy

" APPROVED " THIS 11th DAY
OF April, 2000
_____
UNITED STATES DISTRICT JUDGE